**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
In The Court of Appeals

South Carolina Department of Social Services,
Respondent,

v.

Tiffani Roberts and Kevin Johnson, Defendants,

Of Whom Tiffani Roberts is the Appellant.

In the interest of minors under the age of eighteen.

Appellate Case No. 2014-002365

───────────

Appeal From Marion County
Ronald R. Norton, Family Court Judge

───────────

Unpublished Opinion No. 2015-UP-172
Submitted March 4, 2015 – Filed March 27, 2015

───────────

**AFFIRMED**

───────────

Heather Michelle Cannon, of Heather M. Cannon, LLC,
of Conway, for Appellant.

Newton I. Howle, Jr., of Howle Law Firm, of Darlington,
for Respondent.

Stuart Wesley Snow, Sr., of Dusenbury Snow & McGee, PA, of Florence, for the Guardian ad Litem.

---

**PER CURIAM:**  Tiffani Roberts appeals the family court's final order terminating her parental rights to her minor children.  *See* S.C. Code Ann. § 63-7-2570 (Supp. 2014).  Upon a thorough review of the record and the family court's findings of facts and conclusions of law pursuant to *Ex Parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues that warrant briefing.  Accordingly, we affirm the family court's ruling and relieve Roberts's counsel.

**SHORT, LOCKEMY, and McDONALD, JJ., concur.**

**AFFIRMED.**[1]

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.